

## NUMBER 13-17-00553-CR

## COURT OF APPEALS

## THIRTEEN DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**JAMES EDWARD CASTILLEJA JR.,**                                                                                            **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                                            **Appellee.**

---

### On appeal from the 20th District Court
### of Milam County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Contreras and Hinojosa
Memorandum Opinion by Chief Justice Valdez**

Appellant, James Edward Castilleja Jr., by and through his attorney, has filed a

motion to dismiss his appeal because he no longer desires to prosecute it.[1]   *See* TEX. R.

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2017 R.S.).

APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

<u>**/s/ Rogelio Valdez**</u>
ROGELIO VALDEZ
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of October, 2017.